IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| DOUGLAS WILLFRED MARCHAND, )<br>             Petitioner, )<br>   )<br>v. )<br>   )<br>RICK THALER, Director, )<br>Texas Department of Criminal Justice, )<br>Correctional Institutions Division, )<br>             Respondent. ) | Civil No. 7:07-CV-142-O |

## FINDINGS OF THE COURT

After making an independent review of the pleadings, files and records in this case, and of the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.[1]

For the reasons stated in the Findings, Conclusions and Recommendation of the Magistrate Judge, the petition for writ of habeas corpus is DENIED. The Clerk of Court shall transmit copies of this Order to Petitioner and to Counsel for Respondent.

SO ORDERED this 13th day of August, 2010.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] Petitioner did not file any objections to the Magistrate Judge's Findings, Conclusions and Recommendation.